**Appeal Dismissed and Memorandum Opinion filed June 1, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-21-00344-CV

---

### CHRISTOPHER DANIEL CORNAY, Appellant

### V.

### LAUREN ELIZABETH CORNAY, Appellee

---

**On Appeal from the 280th District Court
Harris County, Texas
Trial Court Cause No. 2021-29054**

---

### MEMORANDUM OPINION

This is an appeal from a protective order signed May 26, 2021. On March 22, 2022, this court granted the parties' motion to abate the appeal and permit proceedings in the trial court to effectuate the parties' agreement, particularly to have the trial court grant a joint motion to modify the protective order. *See* Tex. R. App. P. 42.1(a)(2)(C). The appeal was subsequently reinstated in the absence of any sign that the parties had taken steps to effectuate their agreement. However, on April 25, 2023, the trial court clerk filed a supplemental clerk's record that

included an amended protective order signed February 19, 2023. The amended protective order recites a connection with the trial court's consideration of the parties' agreement to modify the original protective order, and moreover, the amended protective order is signed by both parties as well as their respective counsel's to reflect their approval and consent as to both the form and substance of the amended protective order.

As the parties had not since filed any motion to dismiss the appeal, on April 26, 2023, notification was transmitted to the parties of this court's intention to dismiss the appeal for want of jurisdiction due to mootness unless any demonstrated this court has jurisdiction over this appeal on or before May 8, 2023. *See* Tex. R. App. P. 4.1(a), 42.3(a). No party has filed a response.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.

2